UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MATTHEW ORSO and**
**NATIONWIDE JUDGMENT**
**RECOVERY, INC.,**

    Plaintiffs,

v.                                   Case No: 5:21-mc-19-JSM-PRL

**TODD DISNER, TRUDY GILMOND, TRUDY GILMOND, LLC, JERRY NAPIER, DARREN MILLER, RHONDA GATES, DAVID SORRELLS, INNOVATION MARKETING, LLC, AARON ANDREWS, SHARA ANDREWS, GLOBAL INTERNET FORMULA, INC., T. LEMONT SILVER, KAREN SILVER, MICHAEL VAN LEEUWEN, DURANT BROCKETT, DAVID KETTNER, MARY KETTNER, P.A.W.S. CAPITAL MANAGEMENT, LLC, LORI JEAN WEBER, ZEEKREWARDS.COM, and ANITA BROWN**

    Defendants.

## ORDER

Before the court is Plaintiff's motion for appointment of a process server. (Doc. 9). On January 6, 2022, the court granted Plaintiff's motions for writ of garnishment (Doc. 6) and the Clerk issued the writs of garnishment on January 10, 2022. (Docs. 7, 8). Plaintiff now requests that the court appoint ABC Legal to serve the writs on the garnishees.

Pursuant to Rule 4.1(a) of the Federal Rules of Civil Procedure, "[p]rocess—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States

marshal or deputy marshal or by a person specially appointed for that purpose." Therefore, the court grants Plaintiff's request for the appointment of a special process server. *See Sumner v. Garner*, No. 6:18-CV-40-ORL-28GJK, 2019 WL 6716193, at *2 (M.D. Fla. Dec. 9, 2019) (granting the request to appoint a special process server to serve a writ of garnishment); *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008) (appointing special process server to serve writ of garnishment).

Accordingly, Plaintiff's motion (Doc. 9) is **GRANTED**. The court hereby appoints any agent or employee of ABC Legal, who is otherwise legally permitted to effectuate service of process, as special process server to serve the writs of garnishment on the garnishees (Docs. 7, 8).

In the interests of efficiency, if Plaintiff anticipates making the same request or similar request regarding the appointment of a special process server in this case or related cases in the future, Plaintiff should include the request in the initial motion for writ of garnishment.

**DONE** and **ORDERED** in Ocala, Florida on January 19, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties