UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiffs,

v.                                        Case No: 5:21-mc-19-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET FORMULA,
INC., T. LEMONT SILVER, KAREN
SILVER, MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT,
LLC, LORI JEAN WEBER,
ZEEKREWARDS.COM, and ANITA
BROWN

    Defendants.

**ORDER**

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc. as assignee of Plaintiff Matthew E. Orso, in his capacity as court-appointed successor receiver for Rex Venture Group, LLC ("Plaintiff") for issuance of a writs of continuing garnishment as to All Points Acupuncture ("Garnishee"). (Doc. 21). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of

- 2 -

North Carolina against each member of a Defendant class, including Defendant Anita Brown in the amount of 105,610.98. (Docs. 1, 5).

On July 27, 2021, Plaintiff registered the judgment with this Court. (Doc. 1). Plaintiff filed the correct final judgment as to Anita Brown on January 4, 2022. (Doc. 5). There remains due and owing $105,610.98, plus post-judgment interest. Now, Plaintiff moves for a writ of continuing garnishment and suggests that each the Garnishee is the employer of Defendant Brown and in possession of salary or wages belonging to Brown which may be applied to the balance owed on the judgment.. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motion for issuance of writ of continuing garnishment (Doc. 21) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Docs. 21-1, 21-2). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on February 2, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties